| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| TOWNSEND, TOWNSEND & CREW, LLP<br>ATTORNEYS AT LAW<br>GIA L. CINCONE - SBN # 141668<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111 | (415) 576-0200 | |
| ATTORNEY FOR (NAME)    LEVI STRAUSS & CO. | REFERENCE NUMBER<br>000J5620-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
LEVI STRAUSS & CO. vs. FIVE FOUR CLOTHING, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C080478EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:**     FIVE FOUR CLOTHING, INC.
**Person Served:**          MICHAEL "DOE"
**Title:**                  PERSON APPARENTLY IN CHARGE

**Date of Delivery:**   02/05/08
**Time of Delivery:**   10:00 am

**Place of Service:**   2444 PORTER STREET, STE F
                        LOS ANGELES, CA 90017                (Business)

**Date of Mailing:**    02/20/08
**Place of Mailing:**   SACRAMENTO

**Physical Description:**

| AGE: 25 | HAIR: HAT | HEIGHT: 5'8" | RACE: B |
|---|---|---|---|
| SEX: M | EYES: BROWN | WEIGHT: 160LBS | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, postage prepaid) to the defendant served at the place where the copies were left.

**In Compliance With:**

[X]  Federal Rules of Civil Procedure

[ ]  California Code of Civil Procedure

**Fee for service:**    $ 237.08

[X] Registered: LOS ANGELES County,
Number: 3431
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/000J5620-01

*Client File # LEVI STRAUSS V FIVE FOUR*

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: February 21, 2008
at: ................................., California.

Signature:
Name: TOMA MCGUIRE
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #C080478EMC  CASE NAME: LEVI STRAUSS & COMPANY V. FIVE FOUR CLOTHING, INC.

- SUMMONS
- COMPLAINT
- CIVIL COVER SHEET
- CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- ECF REGISTRATION INFORMATION HANDOUT
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ADR HANDBOOK: DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALILFORNIA

J5620