**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | No. C08-0478 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| FIVE FOUR CLOTHING, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference is reset from April 30, 2008 at 10:30 a.m. **to May 14, 2008 at 1:30 p.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. A joint case management conference statement shall be filed by May 7, 2008.

Dated: April 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy