1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (Bar # 141668)
   RAQUEL PACHECO (Bar # 245328)
3  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  E-mail:  gsgilchrist@townsend.com;
   glcincone@townsend.com; rpacheco@townsend.com
6

7  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
8

9

10                     UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  LEVI STRAUSS & CO.,                          Case No.    C 08-0478 EMC

14              Plaintiff,

                                                 **CONSENT TO PROCEED BEFORE**
15       v.                                      **A UNITED STATES MAGISTRATE**
                                                 **JUDGE**
16  FIVE FOUR CLOTHING, INC.,

17              Defendant.

18

19       In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party in the above-

20  captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct

21  any and all further proceedings in the case, including trial, and order the entry of a final judgment.

22  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

23  Circuit.

24
    Date: May 6, 2008                            TOWNSEND AND TOWNSEND AND CREW LLP
25

26
                                                 By: /s/ Gia Cincone
27                                                   Gia L. Cincone
                                                     Attorneys for Plaintiff
28                                                   LEVI STRAUSS & CO.