UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS AND COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>FIVE FOUR CLOTHING INC.,<br><br>    Defendant(s).<br>_____/ | No. C 08-00478 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, July 7, 2008, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference.

                                                  Richard W. Wieking<br>                                                  Clerk, U.S. District Court

Dated: May 13, 2008                         Anthony Bowser, Deputy Clerk to the<br>                                                  Honorable Marilyn Hall Patel<br>                                                    (415) 522-3140