```
TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE FOUR CLOTHING, INC.,<br><br>　　　　　　Defendant. | Case No. C 08-0478 MHP<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S ANSWER TO DEFENDANT'S COUNTERCLAIM FOR DECLARATORY RELIEF** |

**DEFENDANT'S COUNTERCLAIM**

Plaintiff Levi Strauss & Co. ("LS&CO.") answers the Counterclaim of defendant Five Four Clothing, Inc. ("Five Four") as follows:

**NATURE OF THE ACTION AND RELIEF SOUGHT**

52.　LS&CO. admits that Five Four purports to seek the relief set forth in this paragraph.

**PARTIES**

53.　LS&CO. lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations.

54.　LS&CO. admits the allegations of this paragraph.

**JURISDICTION AND VENUE**

55.　LS&CO. admits that Five Four purports to bring this action under the cited statutes and

1    that this Court has subject matter jurisdiction over this action.

2    56.    LS&CO. admits the allegations of this paragraph.

3    57.    LS&CO. admits the allegations of this paragraph.

### CLAIM FOR DECLARATORY RELIEF

5    58.    LS&CO. incorporates herein by reference its answers to paragraphs 52-57 set forth above.

7    59.    LS&CO. lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations.

9    60.    LS&CO. lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations.

11    61.    LS&CO. lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph, and on that basis denies the allegations.

13    62.    LS&CO. admits that it has filed a complaint against Five Four, and states that the complaint speaks for itself.

15    63.    LS&CO. admits the allegations of this paragraph.

16    64.    LS&CO. admits that Five Four purports to seek the relief set forth in this paragraph.

17    65.    LS&CO. denies the allegations of this paragraph.

### PRAYER FOR RELIEF

19    In response to the allegations in the Prayer for Relief, LS&CO. denies that Five Four is entitled to the relief requested.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Wherefore, LS&CO. prays as follows:

2  1.  That Five Four take nothing by reason of its Counterclaim;

3  2.  That this Court enter judgment in favor of LS&CO. and against Five Four on the
4  Counterclaim;

5  3.  For LS&CO.'s cost of suit; and

6  4.  For such other and further relief as the Court may deem fair and equitable.

8  DATED: June 6, 2008                Respectfully submitted,

                                      By:    /s/ Gia L. Cincone
                                             Gia L. Cincone
                                             TOWNSEND AND TOWNSEND AND CREW LLP
                                             Two Embarcadero Center, Eighth Floor
                                             San Francisco, California 94111
                                             Telephone: (415) 576-0200
                                             Facsimile: (415) 576-0300

                                             Attorneys for Plaintiff
                                             LEVI STRAUSS & CO.