1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                        Case No. C 08-0478 MHP

12                  Plaintiff,
                                              **PLAINTIFF LEVI STRAUSS &
13         v.                                 CO.'S ADR CERTIFICATION**

14 FIVE FOUR CLOTHING, INC.,

15                  Defendant.

16

17         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

18 or she has:

19         (1)     Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

20 *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are*

21 *available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing*

22 *program (ECF) under General Order 45)*;

23         (2)     Discussed the available dispute resolution options provided by the Court and private

24 entities; and

25 / / /

26 / / /

27 / / /

28 / / /

(3)     Considered whether this case might benefit from any of the available dispute resolution options.

DATED:  June 20, 2008            By:     /s/ Thomas M. Onda
                                         Levi Strauss & Co.


DATED:  June 20, 2008            By:     /s/ Gia L. Cincone
                                         Townsend and Townsend and Crew, LLP
                                         Counsel for Levi Strauss & Co.

61129053 v2