1    TOWNSEND AND TOWNSEND AND CREW LLP
     GREGORY S. GILCHRIST (Bar # 111536)
2    GIA L. CINCONE (Bar # 141668)
     Two Embarcadero Center, 8th Floor
3    San Francisco, California 94111
     Telephone: (415) 576-0200
4    Facsimile: (415) 576-0300
     Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>        Plaintiff,<br><br>        v.<br><br>FIVE FOUR CLOTHING, INC.,<br><br>        Defendant. | Case No. C 08-0478 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    ☐ Non-binding Arbitration (ADR L.R. 4)

    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

    ☒ Mediation (ADR L.R. 6)

**Private Process:**

    ☐ Private ADR *(please identify process and provider)*

1  The parties agree to hold the ADR Session by:

2  ☒ The presumptive deadline *(The deadline is 90 days from the date of the order*

3  *referring the case to an ADR process unless otherwise ordered.)*

4  ☐ Other requested deadline

6  DATED: June 27, 2008                    Respectfully submitted,

8                                          By: /s/ Gia Cincone
                                                Gia Cincone
9                                               TOWNSEND AND TOWNSEND AND CREW LLP
                                                Attorneys for Plaintiff
10                                              LEVI STRAUSS & CO.

12  DATED: June 27, 2008

                                            By: /s/ Brent H. Blakely
13                                              Brent H. Blakely
                                                Attorneys for Defendant
14                                              FIVE FOUR CLOTHING, INC.

15   IT IS SO ORDERED.

17   DATED: _____, 2008              _____
                                            Hon. Marilyn Hall Patel
18                                          United States District Judge

61414078 v1