1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8              UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                    Case No. C 08-0478 MHP

12             Plaintiff,
                                          **STIPULATION AND [PROPOSED]**
13        v.                              **ORDER SELECTING ADR**
                                          **PROCESS**
14 FIVE FOUR CLOTHING, INC.,

15             Defendant.

16

17

18     Counsel report that they have met and conferred regarding ADR and have reached the

19 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20     The parties agree to participate in the following ADR process:

21
   **Court Processes:**
22
          ☐ Non-binding Arbitration (ADR L.R. 4)
23
          ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
24
          ☒ Mediation (ADR L.R. 6)
25

26 **Private Process:**

27        ☐ Private ADR *(please identify process and provider)*

28

1  The parties agree to hold the ADR Session by:

2  ☒ The presumptive deadline *(The deadline is 90 days from the date of the order*

3  *referring the case to an ADR process unless otherwise ordered.)*

4  ☐ Other requested deadline

6  DATED: June 27, 2008         Respectfully submitted,

8                By:  /s/ Gia Cincone
                       Gia Cincone
9                      TOWNSEND AND TOWNSEND AND CREW LLP
                       Attorneys for Plaintiff
10                     LEVI STRAUSS & CO.

12 DATED: June 27, 2008

13               By:  /s/ Brent H. Blakely
                       Brent H. Blakely
                       Attorneys for Defendant
14                     FIVE FOUR CLOTHING, INC.

16  IT IS SO ORDERED.

17  DATED: __July 3,____, 2008

18               Hon. Marilyn H. Patel
                 United States District Judge

19  61414078 v1

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)