**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 7, 2008

Case No.   C 08-0478  MHP                    Judge: MARILYN H. PATEL

Title: LEVI STRAUSS AND COMPANY -v- FIVE FOUR CLOTHING INC

Attorneys:  Plf: Gia Cincone
            Dft: Brent Blakely

Deputy Clerk:  Anthony Bowser    Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Matter referred to ADR Mediation, to be completed within 90 days; Further status conference set for 11/10/2008 at 3:00 pm, with a joint status report to be filed one week prior to the conference;