# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Levi Strauss & Co, <br><br>             Plaintiff(s), <br><br> v. <br><br> Five Four Clothing Inc, <br><br>             Defendant(s). | 08-00478 MHP MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Robert B. Morrill**
> Sidley Austin Brown & Wood, LLP
> 555 California St., 20th Fl.
> San Francisco, CA 94104
> 415-772-7424
> rmorrill@sidley.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00478 MHP MED                           - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 1, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

*(signature)*

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00478 MHP MED                    - 2 -