TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE FOUR CLOTHING, INC.,<br><br>　　　　　　Defendant. | Case No. C 08-0478 MHP<br><br>**STIPULATION OF DISMISSAL** |

　　　The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that this action be and hereby is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

///

///

///

///

///

///

///

1
2  DATED: March 13, 2009              Respectfully submitted,
3
4                                     By:  /s/ Gia Cincone
                                          Gia Cincone
5                                         TOWNSEND AND TOWNSEND AND CREW LLP
                                          Attorneys for Plaintiff
6                                         LEVI STRAUSS & CO.

7  DATED: March 13, 2009
                                       By:  /s/ Brent H. Blakely
8                                          Brent H. Blakely
                                           Attorneys for Defendant
9                                          FIVE FOUR CLOTHING, INC.

10
11
12
13   IT IS SO ORDERED.
14
15   DATED:  3/17         , 2009       _____
                                        Hon. Marilyn H. Patel
16   61845889 v1                        United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28